FILED
CHARLOTTE, NC
JUL 16 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MIGUEL ANGEL ARROYO MORALES )<br>) | DOCKET NO.: 3:24-cr-148-MOC<br><br>**BILL OF INDICTMENT**<br><br>Violations:  26 U.S.C. § 5861(d)<br>            18 U.S.C. § 922(g)(5) |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record)*

On or about October 21, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

MIGUEL ANGEL ARROYO MORALES,

knowingly and unlawfully possessed a firearm as defined by Title 26, United States Code, Section 5845(a)(7), to wit, a silencer as defined by Title 18, United States Code, Section 921(a)(25), not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT TWO
*(Possession of a Firearm by an Illegal Alien)*

On or about October 21, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

MIGUEL ANGEL ARROYO MORALES,

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Windham Weaponry Inc., model WW-15, caliber 223, rifle, in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of Title 18, United States Code, Section 924(d) and the statutes incorporated or referred to therein. The firearm and ammunition listed below are subject to forfeiture in accordance with Title 18, United States Code Section, 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a silencer, a Windham Weaponry Inc., model WW-15, caliber 223, rifle, and ammunition.

A TRUE BILL

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY


_____
BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY